PAMELA E. COGAN (SBN 105089)
MARY K. PIASTA (SBN 229655)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, California 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
E-mail:     pcogan@ropers.com
            mpiasta@ropers.com

Attorneys for Defendants, LIBERTY MUTUAL
INSURANCE COMPANY and LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CATHY CANINE, | CASE NO. C 06 0317 CRB |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME FOR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| LIBERTY MUTUAL INSURANCE, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES One through 30, inclusive, | |
| | [Local Rule 6-1(a)] |
| Defendants. | |

WHEREAS, the plaintiff CATHY CANINE filed this action against defendants LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON (collectively referred to as "Liberty") on September 8, 2005;

WHEREAS, Liberty removed the action from Alameda Superior Court to the Northern District on January 18, 2006; and

WHEREAS, Liberty's response to the complaint is due on January 25, 2006;

///

///

///

///

RC1/392960.1/MKP

STIPULATION EXTENDING TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO: C 06 0317CRB

Dockets.Justia.com

IT IS HEREBY STIPULATED BETWEEN THE PARTIES through their respective counsel of record that defendants' time to respond to plaintiff's complaint shall be extended up to and including January 31, 2006.

Dated: January 25, 2006

LAW OFFICES OF LAURENCE F. PADWAY

By: _____
LAURENCE F. PADWAY
Attorneys for Plaintiff
CATHY CANINE

Dated: January 25, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
MARY K. PIASTA
Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY; and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 27, 2006

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO: C 06 0317CRB