| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| | KATHRYN C. CURRY (SBN 157099) |
| 2 | MARY K. PIASTA (SBN 229655) |
| | ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | 1001 Marshall Street, Third Floor |
| | Redwood City, California 94063 |
| 4 | Telephone:  (650) 364-8200 |
| | Facsimile:  (650) 780-1701 |
| 5 | pcogan@ropers.com |
| | kcurry@ropers.com |
| 6 | mpiasta@ropers.com |
| 7 | Attorneys for Defendants, LIBERTY MUTUAL |
| | INSURANCE COMPANY and LIBERTY LIFE |
| 8 | ASSURANCE COMPANY OF BOSTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY CANINE, | CASE NO.   C 06 0317 CRB |
| Plaintiff, | [PROPOSED] ORDER DISMISSING PLAINTIFF'S CAUSE OF ACTION FOR FRAUD WITH PREJUDICE |
| vs. | |
| LIBERTY MUTUAL INSURANCE, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES One through 30, inclusive, | |
| Defendants. | |

The motion of Defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("LIBERTY LIFE") and LIBERTY MUTUAL INSURANCE to dismiss the above-entitled action came before this Court on March 1, 2006, the Honorable Charles Breyer decided the motion on its papers.  After full consideration of the evidence, the authorities submitted by counsel, and good cause appearing therefore on March 1, 2006, the Court dismissed Liberty Mutual Insurance. The Court also granted defendants' motion to dismiss plaintiff's cause of action for fraud with 20 days leave to amend.

/ / /

/ / /

RC1/398775.1/MKP

[PROPOSED] ORDER DISMISSING
PLAINTIFF'S FRAUD CAUSE OF ACTION
WITH PREJUDICE CASE NO: C 06 0317 CRB

1  WHEREAS, Plaintiff did not amend her complaint within 20 days, IT IS ORDERED that
2  Plaintiff's cause of action for fraud hereby **DISMISSED** with prejudice.
3  **IT IS SO ORDERED.**
4  Dated: _ April 7, 2006 _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

- 2 -

PROPOSED] ORDER DISMISSING
PLAINTIFF'S FRAUD CAUSE OF ACTION
WITH PREJUDICE CASE NO: C 06 0317 CRB

RC1/398775 1/MKP

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City